■ SARAH LOMBARDO, Respondent, v. JOHN MANCUSO, Appellant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Chautauqua Trial Term for plaintiff in a negligence action.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ CHILLEON E. GIBSON, Respondent, v. SHANKS CONSTRUCTION CO., INC., Appellant.— Judgment and order affirmed, with costs. (Cf. *Pezzo* v. *Paterno*, 302 N. Y. 884.) All concur, except Williams, P. J., who dissents and votes to reverse and to grant a new trial on the ground that the determination inherent in the verdict that the plaintiff was free from contributory negligence was against the weight of evidence. (Appeal from judgment of Erie Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of VIVIAN WRIGHT, Respondent, v. HAROLD PLANT, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Monroe Children's Court adjudging defendant to be the father of the infant child of complainant and directing him to contribute to its support, in a filiation proceeding.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of DOROTHY RIZZO, Respondent, v. NEWTON R. RIZZO, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Supreme Court denying motion to dismiss the proceeding, continuing the restraining order contained in the order to show cause, and awarding custody of the infant to petitioner with right of visitation to Newton R. Rizzo.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of JEAN M. KLOMSER, Respondent, v. RICHARD VAN KLOMSER, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Ontario Children's Court directing defendant to pay for the support of his three children.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ MARION S. KRUGER et al., Appellants, v. VINCENT CIADELLA et al., Doing Business as SUNRISE MOTEL, Respondents.— Judgment unanimously affirmed, without costs of this appeal to any party. (Appeal from judgment of Niagara Trial Term dismissing the complaint on the merits on motion by defendants at the close of plaintiffs' case, in a negligence action.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ LLOYD NORTON, Appellant, v. CONLEY J. MARSH et al., Respondents. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Ontario Supreme Court in favor of defendants for $20,473.98 after adjustment of accounts following a trial before a jury of the separate issue of fraud which resulted in a verdict of $21,000 for defendants on their counterclaim. The trial court directed cancellation of the real estate mortgage and the chattel mortgage conditioned on return of properties by defendants.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHNNIE SOLOMON, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Onondaga County Court convicting defendant of the crime of burglary, third degree, rendered on his plea of guilty to the first count of an indictment.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.